IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CALVIN D. LEE,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, WISCONSIN,

    Defendant.

ORDER

Case No. 23-cv-773-wmc

---

Plaintiff Calvin D. Lee, a prisoner in the custody of Stanley Correctional Institution, has submitted a proposed complaint and has paid the $402 filing fee. Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff Calvin D. Lee's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, plaintiff should be sure to write the case number shown above on any communication.

Entered this 4th day of December, 2023.

BY THE COURT:

/s/

ANDREW R. WISEMAN
United States Magistrate Judge